**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **EMMANUEL EVARISTE,** ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **U.S. IMMIGRATION AND CUSTOM** ) <br> **ENFORCEMENT,** ) <br> **Defendant.** ) <br> ) | **Civil Action No. 18-12660-NMG** |

**ORDER**

**GORTON, J.**

On December 31, 2018, Emmanuel Evariste, an immigration detainee in custody at the Bristol County Jail and House of Correction, filed a pro se complaint against the U.S. Immigration and Customs Enforcement ("ICE") seeking monetary damages for injuries allegedly suffered after he was taken into ICE custody. See Docket No. 1. Since that time, plaintiff filed numerous motions and two amended complaints. See Docket.

On June 28, 2019, plaintiff was notified that his second amended complaint is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), and that if he wished to pursue this action, he would be permitted to file a third amended complaint. See Docket No. 27. The Memorandum and Order stated that failure to

comply with these directives will subject this case to dismissal.  Id.

To date, plaintiff has not responded to the Court's Memorandum and Order and the time to do has expired.

Accordingly, plaintiff having failed to comply with the June 28, 2019 Memorandum and Order, this action is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: August 13, 2019