**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **EMMANUEL EVARISTE,** <br> **Plaintiff,** <br><br> v. <br><br> **U.S. IMMIGRATION AND CUSTOM ENFORCEMENT,** <br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 18-12660-NMG** |

**ORDER OF DISMISSAL**

**GORTON, J.**

For the reasons stated in the Order dated August 13, 2019, this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2).

ROBERT M. FARRELL
CLERK OF COURT

Dated: 8/13/19            By /s/ Christine Lima
                             Deputy Clerk